ACCEPTED
15-25-00079-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 10:08 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-25-00079-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 10:08:36 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Misty Strauss | § | Court of Appeals of Texas |
| | § | |
| v. | § | |
| | § | |
| Texas Department of Criminal Justice | § | Fifteenth District |
| | § | |
| | § | |

---

### Appellant's Motion for Extension of Time to File Appellant's Brief

---

Appellant Misty Strauss files this motion for extension of time to file her opening brief and would respectfully show this Court the following:

1. Appellant's opening brief is due May 28, 2025.

2. Appellant requests a 30-day extension of this deadline.

3. If granted, the response would be due June 27, 2025.

4. Appellant seeks this extension because her undersigned counsel has been obligated with the following during the 30-days since filing the notice of intent to use an appendix on April 22, 2025:

— Appellants' Opening Brief in *Salazar v. First Alarm Security & Patrol, Inc.*, which is pending in California's Sixth District Court of Appeal as Case No. H052308l

— Amicus Brief in *Crane v. Liberty Lane LLC*, which is pending in the United States Court of Appeals for the Fifth Circuit as Case No. 25-40012;

- 1 -

— Cross-Petition for Review in *Baylor Scott & White Health v. Bostick*, which is pending in this Court as Case No. 25-0242;

— Response to Motion for En Banc Reconsideration in *In re State Farm Mutual Automobile Association*, which is pending in Texas's Thirteenth Court of Appeals as Case No. 13-24-00162-CV;

— Appellant's Opening Brief in *Perez v. City of Los Angeles*, which is pending in California's Second District Court of Appeal as Case No. B334863

5. This is Appellant's first request for an extension to file this response.

6. Counsel for Appellee does not oppose this motion and will not suffer any prejudice as a result.

7. This motion is not made for purposes of delay.

Respectfully submitted,

/s/ Matthew J. Kita

MATTHEW J. KITA
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I certify that on May 28, 2025, I conferred with Joseph McDuffie, counsel for Appellee, regarding the merits of this motion and he confirmed that he is unopposed to the requested relief.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

I certify that on May 28, 2025, I served a copy of this notice on the following counsel of record via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's local rules:

*Counsel for Appellee*:

Joseph McDuffie

/s/ Matthew J. Kita
MATTHEW J. KITA

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 101315608
Filing Code Description: Motion
Filing Description: Appellants Motion for Extension of Time to File Appellants Brief
Status as of 5/28/2025 10:27 AM CST

Associated Case Party: Texas Department of Criminal Justice

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph McDuffie | | Joseph.McDuffie@oag.texas.gov | 5/28/2025 10:08:36 AM | SENT |